UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

__US__,
Plaintiff(s),

v.

__C. Martinez et al__
Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/25

**CALENDAR NOTICE**

S4 25 cr 91 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been (scheduled/) ~~rescheduled~~ for:

✓ Status conference  ___ Final pretrial conference

___ Telephone conference  ___ Jury selection and trial

___ Pre-motion conference  ___ Bench trial

___ Settlement conference  ___ Suppression hearing

___ Oral argument  ___ Plea hearing

___ Bench ruling on motion  ___ Sentencing

on __4-3-__, 20__25__, at __12:00 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from ~~X~~.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 3-27, 2025
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge