UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

       v.

KALIF COX,

                      Defendant.
-------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 3/27/25

**ORDER**

25 CR 91 (VB)

      Upon the recommendation of the Federal Defenders' office, and pursuant to the S.D.N.Y.

Policy Governing Appointment of CJA Counsel in Capital Cases, Deborah Colson, Esq., is

hereby appointed as "learned counsel" and second attorney for defendant Cox in this case. <u>See</u>

18 U.S.C. § 3005.

      Ms. Colson is respectfully requested to file her notice of appearance as soon as possible.

Dated: March 27, 2025
       White Plains, NY

                        SO ORDERED:

                        Vincent L. Briccetti
                        United States District Judge