UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA           :
                                   :
v.                                 :
                                   :
KALIF COX,                         :
                    Defendant.     :
-------------------------------------------------------x

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/26**

**ORDER**

25 CR 91 (VB)

At a pretrial conference held today, the Court ordered the following:

1. By April 30, 2026, the government shall respond to the three discovery requests referenced in defendant Cox's letter dated April 1, 2026. (Doc. #132). Prior and subsequent thereto, the parties shall confer in good faith regarding all discovery matters and make every reasonable effort to resolve any disputes prior to bringing them to the Court's attention.

2. Defendant's Rule 12 motions are due June 1, 2026. The government's opposition is due July 16, 2026. Defendant's reply is due August 14, 2026.

3. Defendant's death penalty-related motions are due September 15, 2026. The government's opposition is due October 27, 2026. Defendant's reply is due November 16, 2026.

4. Defendant's death penalty discovery-related motions, if any, are due December 7, 2026. The government's opposition is due January 11, 2027. Defendant's reply is due January 25, 2027.

5. The next pretrial conference is scheduled for August 20, 2026, at 10:00 a.m., at which all case management related matters, including the setting of a trial date and deadlines for pretrial submissions, will be discussed.

Dated: April 8, 2026
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge